```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA     )
                             )
          v.                 )    Criminal No. 01-01
                             )
AARON CEDRIC LONDON          )
```

O R D E R

AND NOW, to wit, this _____ day of October, 2006, the Court having considered the motion of the government to destroy certain firearms, the Court having jurisdiction over the subject matter and being duly advised,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Special Agents of the Federal Bureau of Investigation shall forthwith destroy the following weapons:

    (a)  a Glock 9mm semi-automatic pistol, Serial Number CVN121US, with a magazine and nine cartridges;  and

    (b) a Ruger 9mm semi-automatic pistol, Serial Number 31346643.

_____
UNITED STATES DISTRICT JUDGE

cc:   United States Attorney