**DLD-408**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 07-3364
_____

IN RE: AARON CEDRIC LONDON,

                                        Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Western District of Pennsylvania
(Related to W.D. Pa. Crim. No. 01-cr-00001-1E)

_____

Submitted Under Rule 21, Fed. R. App. P.
September 27, 2007

Before: BARRY, AMBRO and FISHER, CIRCUIT JUDGES

**JUDGMENT**

This cause came on to be heard on a petition for writ of mandamus. On consideration whereof, it is now hereby

ORDERED AND ADJUDGED by this Court that the petition for writ of mandamus be, and the same is, denied. All of the above in accordance with the Opinion of the Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

A True Copy:

DATED: 15 October 2007
Marcia M. Waldron, Clerk