AO 240 (1/94)

# United States District Court

WESTERN _____ DISTRICT OF ___ PENNSYLVANIA

Plaintiff
AARON C. London #37992-060

v.

U.S. Government
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 08-148

FILED
MAY 15 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

I, __AARON C. London__ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☑ Yes   ☐ No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __Florence (USP)__

   Are you employed at the institution? __No__  Do you receive any payment from the institution? __No__

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your Incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends   ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or workers compensation payments   ☐ Yes   ☑ No
   e. Gifts or inheritances   ☐ Yes   ☑ No
   f. Any other sources   ☑ Yes   ☐ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.   * $25.00 on average from my family a month to pay for cosmetics, etc.

4. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  NONE

I declare under penalty of perjury that the above information is true and correct.

__4-14-08__  
DATE

_____  
SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE

(Incarcerated applicants only)  
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __25.18__ on account to his/her credit at (name of institution) __USP Florence__. I further certify that the applicant has the following securities to his/her credit: __N/A__. I further certify that during the past six months the applicant's average balance was $ __31.79__.

__4-17-08__  
DATE

_____  
SIGNATURE OF AUTHORIZED OFFICER




Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

Date: 04/17/2008
Time: 2:31:31 pm

Page 1

Date: 04/17/2008  
Time: 2:31:31 pm  
Facility: FLX

**Federal Bureau of Prisons**  
**TRUFACS**  
**Inmate Statement**  
Sensitive But Unclassified

CERTIFIED  
APR 17 2008  
FCC FLORENCE  
FINANCIAL MANAGEMENT

## General Information

| Inmate Reg#: | 37992060 | Living Quarters: | Z01-103U |
|---|---|---|---|
| Inmate Name: | LONDON, AARON CEDRIC | Arrived From: | FLX |
| Current Site Name: | Florence Complex | Transferred To: | |
| Housing Unit: | FLP-Z-A | Account Creation Date: | 11/28/2001 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| OKL | 10/10/2007 03:56:46 AM | TX101007 | | | Transfer - In from TRUFACS | $27.69 | | $27.69 |
| ALX | 10/10/2007 04:56:47 AM | TX101007 | | | Transfer - Out to TRUFACS | ($27.69) | | $0.00 |
| ALX | 10/10/2007 08:27:54 AM | 28 | | | Sales | $0.00 | | $0.00 |
| OKL | 10/10/2007 10:22:59 AM | HICP1007 | | | Inmate Co-pay | ($2.00) | | $25.69 |
| FLP | 10/12/2007 04:06:38 AM | TX101207 | | | Transfer - In from TRUFACS | $25.69 | | $25.69 |
| OKL | 10/12/2007 05:06:39 AM | TX101207 | | | Transfer - Out to TRUFACS | ($25.69) | | $0.00 |
| FLP | 10/15/2007 07:22:52 PM | 86 | | | Sales | ($25.36) | | $0.33 |
| FLP | 10/20/2007 05:02:22 AM | 70194001 | | | Lockbox - CD | $20.00 | | $20.33 |
| FLP | 10/25/2007 12:04:02 PM | 33301908 | | | Western Union | $40.00 | | $60.33 |
| FLP | 10/25/2007 06:45:02 PM | 18 | | | Sales | ($20.31) | | $40.02 |
| FLP | 10/31/2007 07:03:54 PM | 33302308 | | | Western Union | $40.00 | | $80.02 |
| FLP | 11/01/2007 06:07:13 PM | 32 | | | Sales | ($79.55) | | $0.47 |
| FLP | 11/19/2007 09:59:46 AM | HICD1107-215 | | | Debt Encumbrance | | ($0.47) | |
| FLP | 11/21/2007 11:04:31 AM | 33303808 | | | Western Union | $60.00 | | $60.47 |
| FLP | 11/21/2007 11:04:31 AM | HICD1107-222 | | | Debt Encumbrance | | ($1.53) | |
| FLP | 11/21/2007 01:13:44 PM | HICP1107 | | | Inmate Co-pay | ($2.00) | | $58.47 |
| FLP | 11/21/2007 06:27:35 PM | 56 | | | Sales | ($39.45) | | $19.02 |
| FLP | 11/21/2007 06:30:14 PM | 57 | | | Sales | ($16.95) | | $2.07 |

Page 2

Date: 04/17/2008
Time: 2:31:32 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 37992060 | Living Quarters: | Z01-103U |
| Inmate Name: | LONDON, AARON CEDRIC | Arrived From: | FLX |
| Current Site Name: | Florence Complex | Transferred To: | |
| Housing Unit: | FLP-Z-A | Account Creation Date: | 11/28/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLP | 11/22/2007 12:10:05 AM | HICD1107-222 | | | Debt Encumbrance - Released | | $1.53 | |
| FLP | 11/22/2007 12:10:05 AM | HICD1107-215 | | | Debt Encumbrance - Released | | $0.47 | |
| FLP | 11/22/2007 12:10:05 AM | HICD1107 | | | Inmate Co-pay | ($2.00) | | $0.07 |
| FLX | 11/28/2007 07:02:37 AM | TX112807 | | | Transfer - In from TRUFACS | $0.07 | | $0.07 |
| FLP | 11/28/2007 07:02:37 AM | TX112807 | | | Transfer - Out to TRUFACS | ($0.07) | | $0.00 |
| FLX | 12/05/2007 11:05:10 AM | 33304808 | | | Western Union | $60.00 | | $60.07 |
| FLX | 12/06/2007 06:50:51 PM | 59 | | | Sales | ($59.80) | | $0.27 |
| FLX | 12/10/2007 07:58:41 AM | 020025-8 | | | FRP Quarterly Pymt | $0.00 | | $0.27 |
| FLX | 12/16/2007 02:04:48 PM | 333056608 | | | Western Union | $60.00 | | $60.27 |
| FLX | 12/16/2007 02:04:48 PM | HFLXD001-350 | | | Debt Encumbrance | | ($12.00) | |
| FLX | 12/16/2007 06:22:16 PM | TFN1216 | | | Phone Withdrawal | ($2.00) | | $58.27 |
| FLX | 12/16/2007 06:42:18 PM | TFN1216 | | | Phone Withdrawal | ($3.00) | | $55.27 |
| FLX | 12/17/2007 06:58:51 PM | TFN1217 | | | Phone Withdrawal | ($1.00) | | $54.27 |
| FLX | 12/18/2007 04:52:54 PM | TFN1218 | | | Phone Withdrawal | ($1.00) | | $53.27 |
| FLX | 12/19/2007 04:09:51 PM | 33305808 | | | Western Union | $40.00 | | $93.27 |
| FLX | 12/19/2007 04:09:51 PM | HFLXD001-413 | | | Debt Encumbrance | | ($8.00) | |
| FLX | 12/20/2007 07:12:22 PM | 50 | | | Sales | ($72.55) | | $20.72 |
| FLX | 12/20/2007 07:15:19 PM | 51 | | | Sales | $0.00 | | $20.72 |
| FLX | 12/22/2007 07:07:55 PM | 33306008 | | | Western Union | $20.00 | | $40.72 |
| FLX | 12/22/2007 07:07:55 PM | HFLXD001-428 | | | Debt Encumbrance | | ($4.00) | |

Page 3

Date: 04/17/2008  
Time: 2:31:32 pm  

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified  

Facility: FLX  

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 37992060 | Living Quarters: | Z01-103U |
| Inmate Name: | LONDON, AARON CEDRIC | Arrived From: | FLX |
| Current Site Name: | Florence Complex | Transferred To: | |
| Housing Unit: | FLP-Z-A | Account Creation Date: | 11/28/2001 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 12/24/2007 05:33:47 PM | TFN1224 | | | Phone Withdrawal | ($2.00) | | $38.72 |
| FLX | 12/24/2007 08:51:40 PM | TFN1224 | | | Phone Withdrawal | ($4.00) | | $34.72 |
| FLX | 12/25/2007 02:07:43 PM | TFN1225 | | | Phone Withdrawal | ($2.00) | | $32.72 |
| FLX | 12/28/2007 08:07:59 PM | TFN1228 | | | Phone Withdrawal | ($2.00) | | $30.72 |
| FLX | 12/29/2007 06:04:13 PM | 33306508 | | | Western Union | $20.00 | | $50.72 |
| FLX | 12/29/2007 06:04:13 PM | HFLXD001-470 | | | Debt Encumbrance | | ($4.00) | |
| FLX | 12/30/2007 03:13:50 PM | TFN1230 | | | Phone Withdrawal | ($1.00) | | $49.72 |
| FLX | 12/30/2007 05:16:15 PM | TFN1230 | | | Phone Withdrawal | ($1.00) | | $48.72 |
| FLX | 12/31/2007 06:39:34 PM | 51 | | | Sales | ($20.70) | | $28.02 |
| FLX | 01/01/2008 12:10:50 AM | HFLXD001-350 | | | Debt Encumbrance - Released | | $12.00 | |
| FLX | 01/01/2008 12:10:50 AM | HFLXD001-413 | | | Debt Encumbrance - Released | | $8.00 | |
| FLX | 01/01/2008 12:10:50 AM | HFLXD001-428 | | | Debt Encumbrance - Released | | $4.00 | |
| FLX | 01/01/2008 12:10:50 AM | HFLXD001-470 | | | Debt Encumbrance - Released | | $4.00 | |
| FLX | 01/06/2008 05:03:55 PM | HFLXD001 | | 6007 | PLRA Payment | ($18.02) | | $10.00 |
| FLX | 01/06/2008 05:03:55 PM | 33307108 | | | Western Union | $40.00 | | $50.00 |
| FLX | 01/06/2008 05:03:55 PM | HFLXD001-515 | | | Debt Encumbrance | | ($8.00) | |
| FLX | 01/07/2008 05:44:38 PM | 35 | | | Sales | ($36.30) | | $13.70 |
| FLX | 01/07/2008 06:20:48 PM | TFN0107 | | | Phone Withdrawal | ($1.00) | | $12.70 |
| FLX | 01/12/2008 05:04:07 PM | 33307508 | | | Western Union | $20.00 | | $32.70 |
| FLX | 01/12/2008 05:04:07 PM | HFLXD001-580 | | | Debt Encumbrance | | ($4.00) | |
| FLX | 01/13/2008 02:10:25 PM | TFN0113 | | | Phone Withdrawal | ($2.00) | | $30.70 |
| FLX | 01/14/2008 06:30:54 PM | 58 | | | Sales | $0.00 | | $30.70 |
| FLX | 01/14/2008 06:31:06 PM | 59 | | | Sales | ($18.25) | | $12.45 |

Page 4

Date: 04/17/2008  
Time: 2:31:32 pm

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified

Facility: FLX

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 37992060 | Living Quarters: | Z01-103U |
| Inmate Name: | LONDON, AARON CEDRIC | Arrived From: | FLX |
| Current Site Name: | Florence Complex | Transferred To: | |
| Housing Unit: | FLP-Z-A | Account Creation Date: | 11/28/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 01/14/2008 06:33:09 PM | 61 | | | Sales | ($0.45) | | $12.00 |
| FLX | 01/27/2008 11:02:48 AM | 33308608 | | | Western Union | $25.00 | | $37.00 |
| FLX | 01/27/2008 11:02:48 AM | HFLXD001 - 760 | | | Debt Encumbrance | | ($5.00) | |
| FLX | 01/27/2008 05:51:38 PM | TFN0127 | | | Phone Withdrawal | ($4.00) | | $33.00 |
| FLX | 01/28/2008 06:23:27 PM | 39 | | | Sales | ($13.24) | | $19.76 |
| FLX | 01/29/2008 06:14:09 AM | TFN0129 | | | Phone Withdrawal | ($2.00) | | $17.76 |
| FLX | 02/01/2008 12:10:45 AM | HFLXD001 - 515 | | | Debt Encumbrance - Released | | $8.00 | |
| FLX | 02/01/2008 12:10:45 AM | HFLXD001 - 760 | | | Debt Encumbrance - Released | | $5.00 | |
| FLX | 02/01/2008 12:10:45 AM | HFLXD001 - 580 | | | Debt Encumbrance - Released | | $4.00 | |
| FLX | 02/01/2008 12:10:45 AM | HFLXD001 | 6508 | | PLRA Payment | ($7.76) | | $10.00 |
| FLX | 02/04/2008 08:29:52 PM | TFN0204 | | | Phone Withdrawal | ($1.00) | | $9.00 |
| FLX | 02/07/2008 11:03:22 AM | 140 | | | Sales | ($8.77) | | $0.23 |
| FLX | 02/10/2008 06:03:50 PM | 33309608 | | | Western Union | $35.00 | | $35.23 |
| FLX | 02/10/2008 06:03:50 PM | HFLXD001 - 909 | | | Debt Encumbrance | | ($7.00) | |
| FLX | 02/16/2008 06:53:29 PM | TFN0216 | | | Phone Withdrawal | ($2.00) | | $33.23 |
| FLX | 02/21/2008 08:36:34 AM | 73 | | | Sales | ($2.80) | | $30.43 |
| FLX | 02/25/2008 09:32:04 AM | | | 6852 | Court Fees | ($20.00) | | $10.43 |
| FLX | 02/28/2008 07:54:08 AM | 11 | | | Sales | ($3.25) | | $7.18 |
| FLX | 03/01/2008 12:10:51 AM | HFLXD001 - 909 | | | Debt Encumbrance - Released | | $7.00 | |
| FLX | 03/10/2008 09:22:52 AM | HIPP0208 | | | Payroll - IPP | $0.12 | | $7.30 |
| FLX | 03/10/2008 09:22:52 AM | HFLXD001 - 1096 | | | Debt Encumbrance | | ($0.02) | |
| FLX | 03/10/2008 09:36:27 AM | 020053-8 | | | FRP Quarterly Pymt | $0.00 | | $7.30 |
| FLX | 03/11/2008 01:20:23 PM | 31 | | | Sales | ($6.00) | | $1.30 |

Page 5

Date: 04/17/2008
Time: 2:31:32 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 37992060 | Living Quarters: | Z01-103U |
| Inmate Name: | LONDON, AARON CEDRIC | Arrived From: | FLX |
| Current Site Name: | Florence Complex | Transferred To: | |
| Housing Unit: | FLP-Z-A | Account Creation Date: | 11/28/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 03/20/2008 08:20:43 AM | 25 | | | Sales | ($0.80) | | $0.50 |
| FLX | 03/23/2008 07:05:30 PM | 33312608 | | | Western Union | $40.00 | | $40.50 |
| FLX | 03/23/2008 07:05:30 PM | HFLXD001-1182 | | | Debt Encumbrance | | ($8.00) | |
| FLX | 04/01/2008 12:10:52 AM | HFLXD001-1182 | | | Debt Encumbrance - Released | | $8.00 | |
| FLX | 04/01/2008 12:10:52 AM | HFLXD001-1096 | | | Debt Encumbrance - Released | | $0.02 | |
| FLX | 04/01/2008 12:10:52 AM | HFLXD001 | 7269 | | PLRA Payment | ($8.02) | | $32.48 |
| FLX | 04/01/2008 08:44:22 PM | TFN0401 | | | Phone Withdrawal | ($2.00) | | $30.48 |
| FLX | 04/03/2008 08:29:23 AM | 16 | | | Sales | ($3.95) | | $26.53 |
| FLX | 04/10/2008 09:30:51 AM | 1 | | | Sales | ($0.95) | | $25.58 |
| FLX | 04/17/2008 07:54:47 AM | 3 | | | Sales | ($0.40) | | $25.18 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | $25.18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.18 |

Page 6

Date: 04/17/2008
Time: 2:31:32 pm

Federal Bureau of Prisons
TRUFACS
Inmate Statement
Sensitive But Unclassified

Facility: FLX

## General Information

| | | |
|---|---|---|
| Inmate Reg#: | 37992060 | Living Quarters: Z01-103U |
| Inmate Name: | LONDON, AARON CEDRIC | Arrived From: FLX |
| Current Site Name: | Florence Complex | Transferred To: |
| Housing Unit: | FLP-Z-A | Account Creation Date: 11/28/2001 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $520.12 | $495.27 | $17.13 | $40.50 | $27.35 | N/A | N/A |

Dear Clerk, 5-8-08

Please be advised that this motion was returned to me for additional postage. See return to sender note at the bottom of legal envelope. Therefore this is why the Certificate of Service is antedated.

With Justice en Mind,

*[signature]*
Pro Se Litigant

Dear Clerk, 4-27-08

Please file this Rule 60(B)(4) motion for me. And send me a copy of the case number and proof of filing on reciept of this letter. Thank You.

With Justice en Mind,
Pro Se Litigant
[signature]

Please remember to respond to this letter meticously and promptly as soon as possible.

P.S. I'm unable to send a S.A.S.E. for a copy of the filed motion. But please keep in mind that I will as soon as I get the chance. Thanks.

# Certificate Of Service

I hereby certify that a copy of the Petitioners Rule 60(B)(4) was served upon:

Clerk Of Courts
U.S. District Court
P.O. Box 1820
Erie, P.A. 16507

Asst. U.S. Attorney
Fed. Courthouse, Rm A 330
17 South Park Row
Erie, P.A. 16501

By sending a copy thereof, by U.S. Postal with return card via Florence (USP) prison officials on 4-27-08

4-27-08
Dated on

_____
Petitioners Signature

E