```
            IN THE UNITED DISTRICT COURT FOR THE
               WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
          v.                  )    Criminal No. 01-01 Erie
                              )
AARON CEDRIC LONDON           )
```

**ORDER**

AND NOW, this _____ day of _____, 2008, upon consideration of the government's Motion to Dismiss Petitioner's Motion to Vacate under 28 U.S.C. § 2255 as an Unauthorized Second or Successive Petition,

IT IS HEREBY ORDERED, that the government's motion is GRANTED, and the petitioner's Motion to Vacate is DISMISSED.

 

 

_____
                                                J.